IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES SCHROER,

               Petitioner,

     v.

USBOP,

               Respondent.

1:26-CV-220-DAB-JGM

## **ORDER**

This matter is before the Court for review of the Order and Recommendation filed on March 26, 2026. *3/26/26 Order and Recommendation of United States Magistrate Judge* (D.E. 2). The Magistrate Judge recommends dismissing Plaintiff's action *sua sponte* without prejudice. *Id*. The deadline for objections passed on April 9, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation, *3/26/26 Order and Recommendation*, is adopted and this action is dismissed without prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of April, 2026.

                          */s/ David A. Bragdon*
                       United States District Judge